**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

      Plaintiff,

v.                                                                 Case No: 6:12-cv-286-Orl-36DAB

CENTURYTEL BROADBAND SERVICES, LLC
and QWEST CORPORATION,

      Defendants.
_____/

## ORDER

This cause comes before the Court upon the Parties' Joint Stipulation Regarding the *Markman* Order, filed on April 30, 2013 (Doc. 100). The Parties note that in its April 17, 2013 Claim Construction Order, the Court construed the term "a plurality of transceivers" as "two or more hardware transceivers available for connection, one at a time, to the subscriber line". Doc. 96, p. 22. The Court agrees that in order to be consistent with its construction of that term, the claim terms from the '501 and '472 Patents "selecting an operating transceiver from a group of transceivers within a device" and "enabling the operating transceiver" are construed as follows:

- **selecting an operating transceiver from a group of transceivers within a device:** selecting an operating hardware transceiver from a group of such transceivers within a device

- **enabling the operating transceiver:** enabling the operating hardware transceiver

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties