**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRANDYWINE COMMUNICATIONS**
**TECHNOLOGIES, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-286-Orl-CEH-DAB**

**CENTURYTEL BROADBAND SERVICES,**
**LLC and QWEST CORPORATION,**

    **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on May 28, 2013.  Plaintiff's corporate representative and trial counsel and Defendants' corporate representatives and trial counsel attended and participated.  Each representative possessed the requisite settlement authority.

    <u>The parties have reached an impasse.</u>

    Done May 29, 2013 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002    Fax: 813.874.1131
                                        email: meditr@aol.com

    I HEREBY CERTIFY that May 29, 2013 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.