## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

        Plaintiff,

v.                                Case No:  6:12-cv-286-Orl-36DAB

CENTURYTEL BROADBAND SERVICES, LLC,
QWEST CORPORATION,

        Defendants.

_____/

## ORDER

    This cause comes before the Court upon Plaintiff Brandywine Communications Technologies, LLC's ("Brandywine") Unopposed Motion to Stay Pending Decision by the Joint Panel on Multidistrict Litigation ("MDL Panel"), filed on May 29, 2013 (Doc. 103).

    The Court has broad discretion to stay proceedings as incidental to its power to control its own docket.  *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).  Courts routinely stay an action pending a transfer decision by a MDL panel, "particularly when the transferor court believes that a transfer order is likely and when the pending motions raise issues likely to be raised in other cases as well." *Bonenfant v. R.J. Reynolds Tobacco Co.*, 2007 WL 2409980, *1 (S.D. Fla. 2007); *Republic of Venezuela v. Philip Morris Co., Inc.*, 1999 WL 33811677 (S.D. Fla. 1999).

    Here, Brandywine explains that this action is one of over forty cases throughout the country involving the same set of patents and same basic technology.  Doc. 103, p. 2. Brandywine moved the MDL Panel to consolidate all of these cases for pretrial purposes, and accordingly moves this Court for a temporary stay pending resolution of its motion before the

MDL Panel.  *Id.*  Specifically, Brandywine argues that staying this case will substantially reduce the burdens on third parties with relevant evidence common to all of the cases, such as the inventors and equipment suppliers to the Defendants.  *Id.* at 6.

The Court agrees that a stay of these proceedings pending a decision from the MDL Panel will avoid inconsistent pretrial rulings and duplicative discovery.  Therefore, the Court will stay this action pending a decision of the MDL Panel.

Accordingly, it is now **ORDERED:**

1. Plaintiff Brandywine Communications Technologies, LLC's Unopposed Motion to Stay Pending Decision by the Joint Panel on Multidistrict Litigation (Doc. 103) is **GRANTED.**

2. All proceedings in this case are temporarily stayed pending a final transfer decision by the MDL Panel.

3. The Clerk is directed to terminate all pending motions and administratively close this case.  Any party may move to lift the stay and return this case to active status after a decision has been entered by the MDL Panel.  Upon the reopening of this case, any party may move to renew previously filed, but undecided motions.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker